371 A.2d 517
Government Employees Insurance Company,
Appellant, v. Eley.

Argued September 15, 1976. Peter P. Liebert, III, with him Henry J. Horstmann, for appellant; Joseph G. Feldman, with him David M. Rosenfield, for appellee.

Order affirmed.